**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Kal Freight Inc., *et al.* | ) | Case No. 24-90614 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES OF DEBTOR KAL TRAILERS & LEASING INC. (CASE NO. 24-90617)**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>Kal Freight Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>(Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' *AMENDED* SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Kal Freight Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Assets and Liabilities (as may be amended, the "Schedules") and Statements of Financial Affairs (as may be amended, the "Statements") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").[2] The Debtors, with the assistance of their Chief Restructuring Officer, Bradley D. Sharp (the "CRO"), prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules").

Mr. Sharp has signed each set of Schedules and Statements, solely in his capacity as the Debtors' CRO and not in any other capacity. In reviewing and signing the Schedules and Statements, the CRO has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and professionals. Given the scale and complexity of the Debtors' businesses that are covered by the Schedules and Statements, the CRO has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

[2] On February 3, 2025, the Debtors initially filed their Schedules and Statements with the Bankruptcy Court (collectively, the "Initial Schedules and Statements"). *See* Docket Nos. 465-474. These Global Notes pertain to the amended Schedules and Statements to which they are attached and supersede all prior Global Notes, Schedules, and Statements, as applicable, to the extent of any conflict. Any additions to the Initial Schedules and Statements reflected in the amended Schedules and Statements are indicated in *italics*.

In preparing the Schedules and Statements, the Debtors and their professionals relied on financial data derived from the Debtors' books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their CRO, agents, attorneys, and other professionals do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, errors or omissions may exist. As such, no party should rely on the completeness or accuracy of the Schedules and Statements. The Debtors, the CRO, and each of their agents, attorneys, and other professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as may be required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Description of Cases</u>**. On December 5, 2024, (the "<u>Petition Date</u>"), each Debtor filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 6, 2024, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 28]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **<u>Global Notes Control</u>**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. Moreover, the clarifications, disclosures, and other information contained in these Global Notes are cumulative and may apply to other parts or questions of the Schedules and Statements other than the question or part indicated, unless otherwise indicated. As such, the information contained in the Schedules and Statements is expressly subject to the terms of these Global Notes. If the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements based upon the information available in the Debtors' books and records; however, as noted above, errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph or elsewhere.

a. **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b. **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c. **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d. **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements

as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e. **Estimates and Assumptions**. In certain instances, the preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f. **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g. **Insiders**. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose. The fact that any individual or entity may not be identified as an insider in the Schedules and Statements should not be construed as an admission that the individual or entity is not an insider, and the Debtors and their estates reserve all rights with respect to the designation of any individual or entity as an insider at a later date.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" in section 101(31) of the Bankruptcy Code during the relevant time periods.

4. **Methodology**.

a. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and

Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis as of the Petition Date and as reflected in the Debtors' books and records, except as noted on the applicable Schedules/Statements or herein.

b. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

c. **Net Book Value**. Current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect the acquisition cost of the Debtors' property and other assets. Depreciation schedules for assets are maintained by the Debtors' tax accountants in the ordinary course of their business. Market values may vary materially from values included in the Schedules and Statements. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from value ascribed to an asset or other property. Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth herein.

d. **Property and Equipment**. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

Certain property of one Debtor may be listed on the Schedules and Statements of one or more other Debtors, and the Debtors make no representations or warranties concerning title to personal property and equipment as between and among the Debtors.

e. **Allocation of Liabilities**. The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

f. **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

g. **Unliquidated Amounts**. Amounts that cannot be quantified by the Debtors are scheduled as "unliquidated" or "unknown."

h. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known and ascertainable amounts reflected in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual total may be materially different than the listed total.

i. **Intercompany Claims**. Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

j. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule for the affected Debtor or Debtors. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements. In the ordinary course of the Debtors' business and lending relationships, parties have required certain subsidiary Debtors' obligations to be guaranteed by certain Debtors and/or certain current or former officers, directors, and other insiders. Due to the high number of such obligations, they are not listed individually here. The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

k. **Excluded Assets and Liabilities**. The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred rent charges and certain accrued liabilities including, but not limited to, those liabilities addressed in the First Day Orders.[3] To the extent the Debtors paid any amounts pursuant to the First Day Orders, the associated claims are not listed

---

[3] As used herein, "First Day Orders" refers to (a) *Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (ii) Remit Withholding Obligations and Deductions; (iii) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations and (iv) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 60] (the "Wages Order"); (b) *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 110] (the "Taxes Order"); and (c) *Final Order (i) Authorizing the Debtors to (a) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (b) Honor and Renew the Premium Financing Agreements Entered into Prepetition and Satisfy Obligations Related Thereto, and (c) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (ii) Approving Continuation of the Surety Bond Program; (iii) Assuming the Collateral Agreement; and (iv) Granting Related Relief* [Docket No. 227].

in the Debtors' Schedules. Other immaterial assets and liabilities may also have been excluded.

l. **Liens**. The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

m. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

n. **Setoffs**. The Debtors incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customers, and amounts due from customers that may also be vendors. These normal, ordinary course setoffs and nettings are due to the nature of the Debtors operational relationships. Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5. **Specific Schedules Disclosures**.

a. **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transfers and Funding; and (V) Granting Related Relief [* [Docket No. 9] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion. *See* Docket Nos. 53; 367. As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 112], has authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b. **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, but have not been valued. Debtor subsidiaries may hold material real estate or other assets the value of which is not reflected in the Schedules.

c. **Schedule A/B, Part 5 - Inventory**. All inventory is generally as of August 2024, and no representations have or can be made as to the accuracy of the disclosed inventory. Inventory is maintained at average cost.

d. **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles; Part 8 – Machinery, Equipment, and Vehicles**. Prepetition, the Debtors retained an external tax professional who in certain instances tracked fixed assets and depreciation in a fixed asset system external to the Debtors' accounting system. Generally, fixed asset descriptions may include very broad descriptions (e.g., "Computer Hardware"), a vendor name in lieu of an asset description, may have multiple line items associated with a single asset if multiple general ledger transactions occurred for a single asset, or may combine multiple assets into one line item on the schedules. Assets have been categorized based on the Debtors' general ledger asset classifications and categorizations included in the company's reconciliations of the fixed asset accounts. Dollar amounts are presented net of accumulated depreciation and other adjustments if the information was readily available otherwise, acquisition/book values were reported.

All VIN and serial numbers listed on Schedule A/B, Parts 47 and 50 have been redacted to present only the last six digits for confidentiality reasons. Additionally, the listing (the "47/50 Listings") of vehicles, trailers, equipment, and other items identified on Schedule A/B, Parts 47 and 50 reflect all such vehicles, trailers, and equipment identified in the Debtors' books and records as of the Petition Date, as adjusted for additional vehicles, trailers, or equipment of which the CRO became aware following the Petition Date. The CRO has removed from the 47/50 Listings all vehicles, trailers, or equipment which the CRO believes were, prior to the Petition Date, sold, returned to the appliable lender, stolen, or determined to be a total loss. Additionally, the CRO excluded from the 47/50 Listing certain vehicles, trailers, and equipment reflected in the Debtors' books and records prepetition, but which may have never existed as an asset of the Debtors. The 47/50 Listings reflect information to the best of the CRO's knowledge, but the 47/50 Listing may nonetheless contain material errors or omissions. There may be additional vehicles, trailers, and equipment in which the Debtors' estates hold an interest, directly or indirectly, of which the Debtors' CRO is not presently aware, which vehicles, trailers, and equipment would be subject to the disclosures contained herein regarding Schedule A/B, Part 11. The 47/50 Listings reflect information obtained by the CRO through March 21, 2025, which information is subject to ongoing reconciliation, review, and adjustment.

**e. Schedule A/B Part 11 – All Other Assets.**

***Notes Receivable.*** In the ordinary course of their business, certain Debtors made loans to certain other Debtors, non-Debtor affiliates, and insiders totaling approximately $287,000,000. The Debtors do not reserve or have an allowance for doubtful accounts in their books and records and none is included in the Schedules. The Debtors make no representations as to the ability to collect this debt.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, or refunds with their customers and suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

***Causes of Action Against Third Parties (Whether or Not a Lawsuit has been Filed).*** The Debtors may be in possession of numerous claims and causes of action against numerous parties (the "Causes of Action"), including as described herein and in the Schedules. The Debtors' estates may hold Causes of Action against the persons and entities identified in the Schedules, inclusive of certain Insiders, as well as persons and entities whose identities are unknown at this time. The Causes of Action have a variety of factual bases, which may not be fully known at this time, and the Debtors' books and records may not reflect, whether specifically or generally, all of the Causes of Action and/or the persons and entities against whom the Causes of Action may be asserted. However, the CRO is aware of certain facts, circumstances, and allegations giving rise, in whole or in part, to the Causes of Action, including, but not limited to the following summarized facts, allegations, and circumstances:[4] transfers of estate property for less than reasonably equivalent value; preferential transfers in the applicable periods leading up to the Petition Date ; actions taken by or through the Debtors in violation of applicable law; misrepresentations or material omissions of various kinds and natures; inaccurate recording and reporting of information relating to the assets and liabilities of the Debtors; breaches of fiduciary duties, including loyalty, care, and good faith; self-dealing; improper payments, reimbursements, and transfers; conversion; breach of contract; corporate waste; disregarding the corporate form; and other misconduct.

Certain of these factual circumstances are more fully described in the Debtors' *Second Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Kal Freight Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 777] (including all exhibits thereto and as amended,

---

[4] Certain of the foregoing summarized facts and circumstances are based only on partial facts know to the CRO or on allegations made before and after the Petition Date, which are entirely subject to future investigation and verification.

supplemented or otherwise modified from time to time, the "Combined Plan and Disclosure Statement" or, separately in relevant part, the "Disclosure Statement" and the "Plan"). Additionally, certain of the allegations which may give rise to certain of the Causes of Action have been referenced at the hearings conducted before the Bankruptcy Court, in various pleadings filed in the Bankruptcy Court (collectively, the "Bankruptcy Pleadings"), or adversary proceedings (the "Adversary Proceedings") initiated following the Petition Date. *See, e.g.*, Bankr. S.D. Tex. Case No. 24-90614 (CML), Docket Nos. 5, 69, 102, 292, 354; 411, 479, 569, & 582; Bankr. S.D. Tex. Case No. 25-03030; Bankr. S.D. Tex. Case No. 25-03048. Additionally, a lawsuit (the "Prepetition Lawsuit") was initiated against certain of the Debtors' insiders (and initially certain of the Debtors, prior to the amendment of the applicable complaint), alleging certain misconduct related to the Debtors. *See Randhawa v. Singh*, pending before the Superior Court of California, County of San Bernardino, Rancho Cucamonga District as Case No. CIVRS 2400862.

At this time, the CRO has not investigated the Causes of Action, the bases therefor, or the allegations or factual recitals in the Bankruptcy Pleadings, Adversary Proceedings, or Prepetition Lawsuit, as filed by non-Debtor parties;[5] rather, the Debtors have proposed under the Combined Plan and Disclosure Statement that a Liquidating Trustee, to be selected by the Committee, be vested with all of the Debtors' Estates Causes of Action, except certain limited causes of action which may be released under the Plan or by prior order of the Bankruptcy Court, and that such Liquidating Trustee will investigate and pursue such Causes of Action for the benefit of unsecured creditors.

Having not fully investigated the Causes of Action at this time, the CRO is unaware of the value or strength of each of the Causes of Action, except as may be indicated, which values are dependent on a variety of factors not all of which are known at this time and which are necessarily be subject to the uncertainties of litigation. However, the Debtors believe that the value of the Causes of Action may be material in the aggregate and all such Causes of Action, except as may be noted herein or in the Plan, will be vested in the Liquidating Trust for the benefit of unsecured creditors. Parties are encouraged to review the Schedule of Causes of Action set forth in the Plan, as may be amended in the Plan Supplement (as such terms are defined in the Plan), in connection with their review of the Schedules and these Global Notes.

f. **Schedule D - Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to the *Final Order (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, and (C) Modifying the Automatic Stay* [Docket No. 760], or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity,

---

[5] The Debtors reserve all rights with respect to the Bankruptcy Pleadings, the Adversary Proceedings, and Prepetition Lawsuit and do not admit or concede any of the factual or legal allegations contained therein.

perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The loan balances in Schedule D are as of November 10, 2024. To the best of the Debtors' knowledge, no payments have been made to any secured creditor from November 10, 2024, through the Petition Date.

g. **Schedule E/F - Creditors Who Have Unsecured Claims.**

***Part 1 - Creditors with Priority Unsecured Claims***. Pursuant to the Taxes Order, the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. The Debtors are in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities are indicated as "Unliquidated," and any amounts listed constitute the Debtors' good faith estimates of the amounts of such liabilities. To the extent the Debtors paid any such prepetition taxes in accordance with the Taxes Order, the associated claims are not listed in the Debtors' Schedules.

Furthermore, pursuant to the Wages Order, the Debtors received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

***Part 2 - Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from each individual Debtor's books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

h. **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments, and letter agreements, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in an individual Debtor's Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. In addition, in some cases, an agreement may appear on Schedule G for multiple debtors, in which event each such Debtor is party to said agreement.

Certain agreements may, by their terms, have been made between one Debtor and a third-party counterparty but performed in the ordinary course by a different Debtor. In such case, the agreement is listed in Schedule G of the Debtor that appears on the face of such agreement. Omission of such agreement from Schedule G of another Debtor does not constitute an admission that such Debtor does not have rights and/or obligations under such agreement or that the Debtor counterparty to such agreement is the Debtor on whose Schedule G such agreement is listed.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**6. Specific Statements Disclosures.**

a. **Statements, Part 2, Question 6 - Setoffs**. Due to the nature of the Debtors' business, the Debtors and their vendors and other counterparties to business relationships implement setoffs in the ordinary course on a daily basis. Such transactions have not been scheduled.

b. **Statements, Part 2, Question 4 and Part 13 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Question 4 reflect the net amounts paid to such directors and executive officers.

Certain insiders have been provided with company credit cards in connection with their responsibilities to the Debtors. Payments on account of charges made using such cards have been compiled and presented on a monthly basis. The Debtors reserve the right to characterize any such payments as constituting benefits provided to the insider incurring the corresponding charges.

Similarly, the Debtors have included certain automobile lease expenses for vehicles utilized by certain insiders.

For the avoidance of doubt, the Debtors' responses to Part 2 of the Statements is subject to the clarifications and disclosures set forth herein with respect to Schedules A/B Part 11.

**c. Statements, Part 3 – Legal Actions or Assignments.** Certain stakeholders have alleged the Debtors and their management engaged in malfeasance prior to the Petition Date. The Debtors' books and records may not reflect any such alleged liability nor is it reflected in the Statements. There may be additional prepetition actions that are not listed because they were not included in the Debtors' books and records. The Debtors reserve all rights with respect to any such allegations. Certain payments have been made in the ordinary course of business to individuals with no given name.

d. **Statements, Part 11 – Property the Debtor Holds or Controls that the Debtor Does Not Own**. In the ordinary course of business, the Debtors may be in possession of certain third party inventory, vehicles, or trailers. Typically, these items are located at a Debtor's place of business incidental to a services or other agreement to which a Debtor may be a party. Consequently, the Debtors do not separately track or collect information regarding each item that may be utilized in the performance of such agreements and, as such, these items are not listed here.

e. **Statements, Part 13 – Details About the Debtor's Business or Connections to Any Business.** Certain Debtors stated on their most recent tax return that they were filing as members of a consolidated group for tax purposes, and all tax attributes, including net operating loss, are allocated to Kal Freight Inc. The Debtors are currently assessing this election.

**Right to Amend and/or Supplement**

The Debtors reserve the right to amend and/or supplement the Schedules and Statements as may be necessary or appropriate.

**General Disclaimer**

The Debtors have prepared the Schedules and Statements based on the information reflected in the Debtors' books and records or as otherwise specifically indicated herein. However, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

**Fill in this information to identify the case:**

**Debtor name: Kal Trailers & Leasing Inc.**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 24-90617**

☑ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $143,199,159.47 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $143,199,159.47 |

| | |
|---|---|
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $63,952,619.62 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $4,323,418.64 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $161,181,065.26 |

| | |
|---|---|
| **4. Total Liabilities** Lines 2 + 3a + 3b | $229,457,103.52 |

**Fill in this information to identify the case:**

**Debtor name: Kal Trailers & Leasing Inc.**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 24-90617**

☑ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Bank of America | Collection Account | 5784 | $1,879.64 |
| 3.2 Bank of America | Disbursement Account | 7984 | $0.00 |
| 3.3 TBK Bank | Payroll Account | 9049 | $787.99 |
| 3.4 Wells Fargo | Business Checking Account | 2511 | $351.64 |
| 3.5 Wells Fargo | Business Checking Account | 5807 | $972.77 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $3,992.04

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Description | Current value of debtor's interest |
|---|---|---|
| 7.1 | Leased Property Deposit - Aurora Asset Investment, LLC | $16,250.00 |
| 7.2 | Leased Property Deposit - Deleitosa Properties LLC | $215,333.33 |
| 7.3 | Leased Property Deposit - HRS Holdings LLC | $1,250.00 |
| 7.4 | Leased Property Deposit - Jach Enterprises | $100,000.00 |
| 7.5 | Leased Property Deposit - Primelink Properties Llc | $15,000.00 |
| 7.6 | Leased Property Deposit - Skyrun LLC | $11,000.00 |
| 7.7 | Security Deposit for Truck purchase - Rush Truck Centers of California Inc | $150,000.00 |
| 7.8 | Security Services Deposit - Amarok | $2,001.66 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | Description | Current value of debtor's interest |
|---|---|---|
| 8.1 | *Prepaid Advertising - Adopt A Highway* | *$862.00* |
| 8.2 | *Prepaid Software - Advectus Solutions Limited* | *$14,772.00* |
| 8.3 | *Prepaid Software - Docusign Inc.* | *$1,395.00* |
| 8.4 | *Prepaid Insurance - World Insurance Associates LLC* | *$36,313.00* |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. $564,176.99

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | | |
| 11a. | 90 days old or less: | $52,511.13 | – | $0.00 | = ........ → | $52,511.13 |
| 11b. | Over 90 days old: | $55,599,242.83 | – | $54,628,360.57 | = ........ → | $970,882.26 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $1,023,393.39

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | |

| | | | |
|---|---|---|---|
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership: | | |
| 15.1 | | | |

| | | |
|---|---|---|
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value ____ Valuation method ____ Current value ____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |

**31. Farm and fishing supplies, chemicals, and feed**

31.1

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value ____ Valuation method ____ Current value ____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture | $209,089.81 | Book Value | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 Office Fixtures | $2,416,430.41 | Book Value | $2,416,430.41 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computers | Unknown | Book Value | Unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. $2,416,430.41

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest (Where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $4,297,639.95 | | $4,297,639.95 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 None | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 None | | | |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $4,297,639.95

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | *7415 New River Road, Glendale, AZ* | *Leased Property* | *Unknown* | *Book Value* | Unknown |
| 55.2 | *Shop - 825 Navy Drive, Stockton, CA 95206* | *Owned 100%* | *Unknown* | *Book Value* | *Unknown* |
| 55.3 | Single Family Residential - 801 Hampshire Road Drexel Hill PA | Owned 100% | Unknown | Book Value | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88. $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

- [x] No
- [ ] Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- [x] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | |
| **61. Internet domain names and websites** | | | |
| 61.1 kaltrailers.com | Unknown | Book Value | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer List | Unknown | None | Unknown |
| 63.2 Mailing List | Unknown | None | Unknown |

**64. Other intangibles, or intellectual property**

64.1

| | | | |
|---|---|---|---|
| Instagram - @KalTrailers | Unknown | Book Value | Unknown |

64.2

| | | | |
|---|---|---|---|
| Youtube - @kaltrailersleasinginc4437 | Unknown | Book Value | Unknown |

**65. Goodwill**

65.1

None

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

71.1

None ______ - ______ = ➔

total face amount - doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

None Tax year

**73. Interests in insurance policies or annuities**

73.1

None

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

None

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1
None

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1
None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | | |
|---|---|---|
| 77.1 | Other Receivable - Amanjit Kaur (Insider) | $75,000.00 |
| 77.2 | Other Receivable - Big Rig Partz Inc. (Insider) | $57,586.84 |
| 77.3 | Other Receivable - Big Rig Tires & Services Inc. (Insider) | $6,989.64 |
| 77.4 | Other Receivable - Big Rig Trailers & Leasing, Inc. (Insider) | $5,809,032.35 |
| 77.5 | Other Receivable - Dharminder S. Randhawa (Insider) | $67,385.00 |
| 77.6 | Other Receivable - Kal Aviation LLC | $5,127,395.69 |
| 77.7 | Other Receivable - Kal Partz Inc. | $50,882,238.63 |
| 77.8 | Other Receivable - Kalvinder Singh (Insider) | $1,731,673.47 |
| 77.9 | Other Receivable - KALWAY Inc. (Insider) | $587,466.43 |
| 77.10 | Other Receivable - KVL Tires Inc. | $66,742,125.99 |
| 77.11 | Other receivable - Others/Unknown | $42,748.61 |
| 77.12 | Other Receivable - Pro Tec Inc. (Insider) | $1,155,059.82 |
| 77.13 | Other Receivable - Shahid Sarwor | $15,000.00 |
| 77.14 | Other Receivable - Sierra Hospitality Inc | $100,000.00 |
| 77.15 | Other Receivable - Sikander Randhawa (Insider) | $118,500.00 |

77.16
Other Receivable - Stonehenge Trucking Inc. $31,279.22

77.17
Other Receivable - Westrans USA LLC $2,344,045.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $134,893,526.69

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | | Current value of real property | |
|---|---|---|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | | $3,992.04 | | | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | | $564,176.99 | | | |
| **82. Accounts receivable.** Copy line 12, Part 3. | | $1,023,393.39 | | | |
| **83. Investments.** Copy line 17, Part 4. | | $0.00 | | | |
| **84. Inventory.** Copy line 23, Part 5. | | $0.00 | | | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | | $0.00 | | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | $2,416,430.41 | | | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | $4,297,639.95 | | | |
| **88. Real property. Copy line 56, Part 9.** | | | ➔ | $0.00 | |
| **89. Intangibles and intellectual property.**. Copy line 66, Part 10. | | $0.00 | | | |
| **90. All other assets.** Copy line 78, Part 11. | | $134,893,526.69 | | | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. | $143,199,159.47 | 91b. | $0.00 | |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | | | | $143,199,159.47 |

**SCHEDULE AB 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | **Net Book Value** | **Valuation Method** | **Current Value** |
|---|---|---|---|
| 348 W/ 18' Dump Box (VIN 775021) | Unknown | Book Value | Unknown |
| 389 W/ 18' Dump Box (VIN 787387) | Unknown | Book Value | Unknown |
| *389 W/ 18' Dump Box (VIN 787388)* | *Unknown* | *Book Value* | *Unknown* |
| Dorsey Trailers (VIN 000354) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000355) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000356) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000357) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000358) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000359) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000360) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000361) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000362) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000363) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000364) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000365) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000366) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000367) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000368) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000369) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000370) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000371) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000372) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000373) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000374) | Unknown | Book Value | Unknown |
| Dorsey Trailers (VIN 000375) | Unknown | Book Value | Unknown |
| *Ford F-150 (VIN F27223)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 139715)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 139847)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 139869)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 250027)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 322550)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 322591)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 322594)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 879314)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 879321)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 890565)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 890579)* | *Unknown* | *Book Value* | *Unknown* |
| *Great Dane Trailer (VIN 890581)* | *Unknown* | *Book Value* | *Unknown* |
| *Kia (VIN JX6755)* | *Unknown* | *Book Value* | *Unknown* |
| *Mack Truck (VIN 046682)* | *Unknown* | *Book Value* | *Unknown* |
| *Mack Truck (VIN 046711)* | *Unknown* | *Book Value* | *Unknown* |
| *Mack Truck (VIN 046765)* | *Unknown* | *Book Value* | *Unknown* |
| *Mack Truck (VIN 046768)* | *Unknown* | *Book Value* | *Unknown* |
| *Mack Truck (VIN 052564)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt 567 W/ 20' Dump Box (VIN 769163) | Unknown | Book Value | Unknown |
| Peterbilt 567 W/ 20' Dump Box (VIN 769165) | Unknown | Book Value | Unknown |
| Peterbilt 567 W/ 20' Dump Box (VIN 769168) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610129) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610130) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610131) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610132) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610133) | $170,999.84 | Book Value | $170,999.84 |

## SCHEDULE AB 47 ATTACHMENT

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | **Net Book Value** | **Valuation Method** | **Current Value** |
|---|---|---|---|
| Peterbilt Truck (VIN 610134) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610135) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610136) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610137) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610138) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610139) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610140) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610141) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610142) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610144) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610145) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610148) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610149) | $170,999.84 | Book Value | $170,999.84 |
| Peterbilt Truck (VIN 610211) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610212) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610213) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610214) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610215) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610216) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610217) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610218) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610220) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610221) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610228) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610229) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610329) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610330) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610331) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610332) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610333) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610334) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610335) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610337) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610338) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610340) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610341) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610343) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610344) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610345) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610346) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610347) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610348) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610349) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610350) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610352) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610353) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610357) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610359) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610364) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610369) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610371) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 610374) | Unknown | Book Value | Unknown |

**SCHEDULE AB 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | **Net Book Value** | **Valuation Method** | **Current Value** |
|---|---|---|---|
| Peterbilt Truck (VIN 766920) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 766931) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 766940) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 766946) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 766955)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 766983) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 788670)* | *Unknown* | *Book Value* | *Unknown* |
| *Peterbilt Truck (VIN 788695)* | *Unknown* | *Book Value* | *Unknown* |
| *Peterbilt Truck (VIN 788709)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 788711) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788723) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 788726)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 788731) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788732) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 788733)* | *Unknown* | *Book Value* | *Unknown* |
| *Peterbilt Truck (VIN 788742)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 788743) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788744) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788745) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 788750)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 788757) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788758) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 788759) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804051) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804053) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804054) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804056) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804057) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804058) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804060) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 804061)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 804063) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804070) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804074) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804075) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804076) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804077) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804079) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804080) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804081) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804082) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804083) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804085) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804086) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804088) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804092) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804093) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804095) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804096) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804097) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804098) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 804099) | Unknown | Book Value | Unknown |

**SCHEDULE AB 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | **Net Book Value** | **Valuation Method** | **Current Value** |
|---|---|---|---|
| Peterbilt Truck (VIN 804103) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837067) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837068) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837069) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837070) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837071) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837072) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837074) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837075) | Unknown | Book Value | Unknown |
| Peterbilt Truck (VIN 837076) | Unknown | Book Value | Unknown |
| *Peterbilt Truck (VIN 837094)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 837142) | $150,377.57 | Book Value | $150,377.57 |
| Peterbilt Truck (VIN 837143) | $150,377.57 | Book Value | $150,377.57 |
| Peterbilt Truck (VIN 837144) | $150,377.57 | Book Value | $150,377.57 |
| Peterbilt Truck (VIN 837145) | $150,377.57 | Book Value | $150,377.57 |
| Peterbilt Truck (VIN 837146) | $150,377.57 | Book Value | $150,377.57 |
| *Peterbilt Truck (VIN 837206)* | *Unknown* | *Book Value* | *Unknown* |
| Peterbilt Truck (VIN 837295) | $148,377.57 | Book Value | $148,377.57 |
| Peterbilt Truck (VIN 837296) | $148,377.57 | Book Value | $148,377.57 |
| Peterbilt Truck (VIN 837309) | $170,999.84 | Book Value | $170,999.84 |
| *Reefer Trailer (VIN GH0839)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN LM3729)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN LR7054)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN MA5577)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN MN8514)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN MT2017)* | *Unknown* | *Book Value* | *Unknown* |
| *Reefer Trailer (VIN NB9599)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 020848)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024641)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024645)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024676)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024684)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024692)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024700)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024701)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 024718)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 028025)* | *Unknown* | *Book Value* | *Unknown* |
| *Strick Trailer (VIN 030808)* | *Unknown* | *Book Value* | *Unknown* |
| Utility Trailer Manufacturing Company Trailer (VIN 122912) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 122916) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 122918) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552257) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552258) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552259) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552260) | Unknown | Book Value | Unknown |

## SCHEDULE AB 47 ATTACHMENT

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Utility Trailer Manufacturing Company Trailer (VIN 552261) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552262) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552263) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552265) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552267) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552268) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552269) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 552270) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 785909) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 884713) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 884715) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973605) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973606) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973607) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973609) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973610) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973611) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973612) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973613) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973614) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973615) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973616) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973617) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973618) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973619) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973620) | Unknown | Book Value | Unknown |

**SCHEDULE AB 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| **General Description** (Include year, make, model, and identification numbers) | **Net Book Value** | **Valuation Method** | **Current Value** |
|---|---|---|---|
| Utility Trailer Manufacturing Company Trailer (VIN 973707) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973711) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973714) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973717) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973719) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973720) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973727) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973729) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973811) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973813) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973814) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973820) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973821) | Unknown | Book Value | Unknown |
| Utility Trailer Manufacturing Company Trailer (VIN 973822) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 106692) | Unknown | Book Value | Unknown |
| *VNTC Trailer (VIN 109914)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 109930)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206192)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206227)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206286)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206287)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206288)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206665)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 206698)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 207097)* | *Unknown* | *Book Value* | *Unknown* |
| *VNTC Trailer (VIN 207225)* | *Unknown* | *Book Value* | *Unknown* |
| VNTC Trailer (VIN 207334) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 207335) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 207336) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 207337) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 207338) | Unknown | Book Value | Unknown |
| VNTC Trailer (VIN 305083) | Unknown | Book Value | Unknown |
| Volvo Truck (VIN 893279) | Unknown | Book Value | Unknown |
| **Total:** | **$4,297,639.95** | | **$4,297,639.95** |

| Fill in this information to identify the case: |
|---|
| **Debtor name: Kal Trailers & Leasing Inc.** |
| **United States Bankruptcy Court for the: Southern District of Texas** |
| **Case number: 24-90617** |

☑ **Check if this is an amended filing**

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

## Part 1: List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of Claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.1

Banc of America
Attn: Marsha A. Houston
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-6078
mhouston@reedsmith.com

**Date debt was incurred?**
3/14/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Ten 2023 Peterbilt Model 579

**Describe the lien**
Equipment Security Note

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $1,187,387.53

Column B: Unknown

2.2

Banc of America
Attn: Marsha A. Houston
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-6078
mhouston@reedsmith.com

**Date debt was incurred?**
3/27/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Twenty-three 2024 Peterbilt Model 579

**Describe the lien**
Equipment Security Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,176,027.18 Unknown

2.3

BMO
Attn: Elias M. Yazbeck, Esq.
609 Main St
Suite 2800
Houston, TX 77002

**Date debt was incurred?**
12/14/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All inventory and proceeds thereof

**Describe the lien**
Wholesale Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,132,333.80 Unknown

2.4

Daimler
Attn: Kim P. Gage, Esq.
535 Anton Blvd
Suite 1000
Costa Mesa, CA 92626
kgage@cookseylaw.com

**Describe debtor's property that is subject to the lien:**
Fifty 2023 Vanguard Reefer

$138,305.38 Unknown

**Describe the lien**
Note and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred?**
2/24/2022

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.5

Daimler
Attn: Kim P. Gage, Esq.
535 Anton Blvd
Suite 1000
Costa Mesa, CA 92626
kgage@cookseylaw.com

**Describe debtor's property that is subject to the lien:**
Five 2022 Freightliner Cascadia

$490,142.20 Unknown

**Describe the lien**
Note and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred?**
7/15/2022

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.6

Daimler
Attn: Kim P. Gage, Esq.
535 Anton Blvd
Suite 1000
Costa Mesa, CA 92626
kgage@cookseylaw.com

**Date debt was incurred?**
5/23/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Forty-nine 2023 Vanguard Dry Vans

**Describe the lien**
Note and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,315,377.00

Unknown

2.7

Mitsubishi HC Capital America, Inc.
800 Connecticut Ave
Norwalk, CT 06854

**Date debt was incurred?**
3/6/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Unknown

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown

Unknown

2.8

PACCAR
PO Box 731165
Dallas, TX 75373-1165
credit@paccarpartsfleetservices.com

**Date debt was incurred?**
9/28/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Fourteen 2024 Peterbilt 579

**Describe the lien**
Security Agreement - Retail Installment Contract

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,101,880.39 Unknown

2.9

PACCAR
PO Box 731165
Dallas, TX 75373-1165
credit@paccarpartsfleetservices.com

**Date debt was incurred?**
9/28/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Sixteen 2024 Peterbilt 579

**Describe the lien**
Security Agreement - Retail Installment Contract

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,387,994.74 Unknown

2.10

PACCAR
PO Box 731165
Dallas, TX 75373-1165
credit@paccarpartsfleetservices.com

**Date debt was incurred?**
10/31/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Twenty 2024 Peterbilt 579

**Describe the lien**
Security Agreement - Retail Installment Contract

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,056,527.11 | Unknown

2.11

Royal Bank of Canada
36 York Mills Rd
4th Floor
Toronto, ON M2P 0A4
Canada

**Date debt was incurred?**
6/12/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Unknown

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown | Unknown

2.12

TBK Bank SSB
Attn: Jason J. Chapman
12700 Park Central Dr
Suite 1700
Dallas, TX 75251
jchapman@tfin.com

**Describe debtor's property that is subject to the lien:**
Substantially all assets (including five 2022 Peterbilt 579)

$146,420.81

Unknown

**Describe the lien**
Loan and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred?**
9/10/2021

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.13

TBK Bank SSB
Attn: Jason J. Chapman
12700 Park Central Dr
Suite 1700
Dallas, TX 75251
jchapman@tfin.com

**Describe debtor's property that is subject to the lien:**
Substantially all assets (including thirty-three 2023 Utility Dry Vans)

$1,069,955.45

Unknown

**Describe the lien**
Loan and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred?**
1/10/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.14

TBK Bank SSB
Attn: Jason J. Chapman
12700 Park Central Dr
Suite 1700
Dallas, TX 75251
jchapman@tfin.com

**Date debt was incurred?**
1/9/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Substantially all assets (including twenty-five 2023 Peterbilt 579s)

**Describe the lien**
Loan and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,810,067.03 Unknown

2.15

Vanguard National Trailer Corporation
289 E Water Tower Dr
Monon, IN 47959

**Date debt was incurred?**
8/26/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
~300 Trailers

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$40,940,201.00 Unknown

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $63,952,619.62

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1 | Banc of America Leasing & Capital LLC<br>PO Box 100918<br>Atlanta, GA 30384-0918 | Multiple | Multiple |
| 3.2 | Banc of America Leasing & Capital LLC<br>125 DuPont Dr<br>Providence, RI 02907 | Multiple | Multiple |
| 3.3 | Banc of America Leasing & Capital LLC<br>3400 Pawtucket Ave<br>Riverside, RI 02915 | Multiple | Multiple |
| 3.4 | Bank of America<br>901 Via Piemonte<br>Suite 502<br>Ontario, CA 91764 | Multiple | Multiple |
| 3.5 | Bank of America<br>520 Newport Center Dr<br>Suite 1150<br>Newport Beach, CA 92660 | Multiple | Multiple |
| 3.6 | BMO<br>Attn: Mia D Andrea<br>320 S Canal St<br>Chicago, IL 60606 | Multiple | Multiple |
| 3.7 | BMO<br>300 E John Carpenter Fwy<br>Irving, TX 75062 | Multiple | Multiple |

3.8

BMO
Attn: Christopher L. Halgren, Esq.
609 Main St
Suite 2800
Houston, TX 77002

Multiple | Multiple

3.9

Daimler Truck Financial Services USA, Inc.
Attn: Joseph S. Harper, Esq.
150 E Gilman St
Madison, WI 53703

Multiple | Multiple

3.10

Daimler Truck Financial Services USA, Inc.
Attn: Stephen A. McCartin, Esq. & Thomas C. Scannell, Esq.
2021 McKinney Ave
Suite 1600
Dallas, TX 75201

Multiple | Multiple

3.11

PACCAR Financial Corp.
1700 Woodbrook St
Denton, TX 76205

Multiple | Multiple

3.12

TBK Bank SSB
Attn: Jason J. Chapman
12700 Park Central Dr
Suite 1700
Dallas, TX 75251
jchapman@tfin.com

Multiple | Multiple

3.13

TBK Bank (Triumph Bancorp)
Attn: Michael S. Held
2323 Ross Ave
Suite 600
Dallas, TX 75201

Multiple | Multiple

**Fill in this information to identify the case:**

**Debtor name: Kal Trailers & Leasing Inc.**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 24-90617**

☑ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Bilal Zahid<br>Address on File | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $1,323.38 | $1,323.38 |
| **Date or dates debt was incurred** | **Basis for the claim:** Unpaid PTO | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** ) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| 2.2 California Department of Revenue<br>Franchise Tax Board<br>Sacramento, CA 95827 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown | Unknown |
| **Date or dates debt was incurred** | **Basis for the claim:** Taxes | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

2.3

California Department of Tax and Fee Administration
450 N St
Sacramento, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown | Unknown

2.4

California Secretary of State
Business Entities Division
1500 11th St
Sacramento, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown | Unknown

2.5

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,264,417.07 | $4,264,417.07

2.6

Jasvinder Kaur Malhotra
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Unpaid PTO

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$1,846.20 $1,200.00

2.7

San Bernadino County Tax Collector
268 W Hospitality Ln
1st Floor
San Bernardino, CA 92415

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$54,940.19 $54,940.19

2.8

Shubham Bansal
Address on File

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Unpaid PTO

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$3,329.00 $1,538.00

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

See Schedule F Attachment

**As of the petition filing date, the claim is:** $161,181,065.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 None | Line<br>☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $4,323,418.64 |
| 5b. **Total claims from Part 2** | 5b. | $161,181,065.26 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $165,504,483.90 |

**SCHEDULE F ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address | City | State | ZIP | Country | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.01 | 3G Sillect Partners, LP | 21192Bretonlane | Huntington Beach | CA | 92646 | | Trade | | | X | No | $311,391.22 |
| 3.02 | Anytrek | 4405 E Airport Dr, Unit 106 | Ontario | CA | 91761 | | Trade | | | X | No | $360.00 |
| 3.03 | Big Rig Trailers & Leasing Inc | 9115 52 ST. SE | Calgary | AB | T2C 2R4 | Canada | Trade | X | X | | No | $11,845,700.72 |
| 3.04 | Cimc Reefer Trailer Inc | 717 East Quarry Rd | Monon | IN | 47959 | | Trade | | | X | No | $12,732,893.01 |
| 3.05 | Colonial Life | Premium Processing PO Box 903 | Columbia | SC | 29202 | | Trade | | | X | No | $590.60 |
| 3.06 | Commercial Credit Group (c/o Ramsaur Law Office) | 3070 Bristol St, Suite 640 | Costa Mesa | CA | 92626 | | Litigation Claim | X | X | X | No | Unknown |
| 3.07 | Department of Financial Protection and Innovation | 320 4th St | Los Angeles | CA | 90013 | | Litigation Claim | X | X | X | No | Unknown |
| 3.08 | Diamond X-Press LLC | 5723 Dividend Rd | Indianapolis | IN | 46241 | | Unsecured Loan | | | X | No | $200,000.00 |
| 3.09 | Five Rivers Group LLC | 8918 Quail Ridge Ln | Lenexa | KS | 66220 | | Trade | | | X | No | $19,999.98 |
| 3.10 | Gorachi Inc. (c/o Snyder Burnett Egerer, LLP) | 5383 Hollister Ave, Suite 240 | Santa Barbara | CA | 93111 | | Litigation Claim | X | X | X | No | Unknown |
| 3.11 | Jach Enterprises LLC | 15082 Valley Blvd | Fontana | CA | 92335 | | Trade | | | X | No | $124,800.00 |
| 3.12 | Jan-Pro Of Arkansas | 9616 Maumelle Blvd | N. Little Rock | AR | 72113 | | Trade | | | X | No | $452.17 |
| 3.13 | Josue Contrearas (c/o Benjamin Gerber) | 16 Lenox Pointee Ne | Atlanta | GA | 30324 | | Litigation Claim | X | X | X | No | Unknown |
| 3.14 | Kal Freight Inc | 10156 Live Oak Ave | Fontana | CA | 92335 | | Trade | X | X | | No | $21,613,321.55 |
| 3.15 | Kal Freight Inc. | 10156 Live Oak Ave | Fontana | CA | 92355 | | Intercompany Loan | X | X | | No | $93,073,595.05 |
| 3.16 | Kal Freight Private Limited (India) | 4th Floor 24A Mindmill Corporate Tower Film City | Noida | UP | 201301 | India | Trade | X | X | | No | $17,990.00 |
| 3.17 | Kal Partz Inc | 10156 Live Oak Ave | Fontana | CA | 92335 | | Trade | X | X | | No | $103,083.68 |
| 3.18 | KVL Tires Inc | 10156 Live Oak Ave | Fontana | CA | 92335 | | Trade | | | X | No | $92,173.28 |
| 3.19 | Optimum Water Solutions, Inc. | 1500 Ardmore Blvd, Suite 104 | Pittsburgh | PA | 15221 | | Trade | | | X | No | $98.01 |
| 3.20 | Reefer Sales & Service | 750 Intermodal Dr | Brampton | ON | L6T 0B5 | | Trade | | | X | No | $471,805.00 |
| 3.21 | Skyrun LLC | 7115 W Tenaya Ave | Fresno | CA | 93723 | | Trade | | | X | No | $44,000.00 |
| 3.22 | Spg Transportation, Inc. | 26788 Fir Ave | Moreno Valley | CA | 92555 | | Unsecured Loan | X | X | | No | $1,620,693.48 |
| 3.23 | Stonehenge Trucking Inc | 19576 kendall Dr | San Bernardino | CA | 92404 | | Trade | | | X | No | $56,640.06 |
| 3.24 | Sukhminder Brar (c/o Department Of Justice) | 300 S Springs St | Los Angeles | CA | 90013 | | Litigation Claim | X | X | X | No | Unknown |
| 3.25 | Tony Logistics Inc | 1450 Cooley Ct | San Bernardino | CA | 92408 | | Unsecured Loan | | | X | No | $500,000.00 |
| 3.26 | US Premium Finance | 280 Technology Pkwy, Suite 200 | Norcross | GA | 30092 | | Unsecured Loan | | | X | No | $24,306.45 |
| 3.27 | USA Autobody Shop | 8256 Fremontia Ave | Fontana | CA | 92335 | | Trade | | | X | No | $1,200.00 |
| 3.28 | Vanguard Trailer | 289 E Water Tower Dr | Monon | IN | 47959 | | Trade | | | X | No | $18,325,971.00 |
| | | | | | | | | | | | **Total:** | **$161,181,065.26** |

**Fill in this information to identify the case:**

**Debtor name: Kal Trailers & Leasing Inc.**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 24-90617**

☑ **Check if this is an amended filing**

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Effective Date | Termination Date | Remainder of Term (Days) | Contract ID | Notice Party's Name | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Equipment Lease Agreement | 1/25/2023 | 1/25/2025 | 51 | 5224 | 302 Inc | Attn: Amandeep Signh | 13356 Owen St | Apt D | Fontana | CA | 92335 |
| 2.002 | Equipment Lease Agreement | 3/31/2021 | 4/10/2025 | 126 | 202171 | 313 Transport Inc | | 14415 Susana Ct | | Moreno Valley | CA | 92553 |
| 2.003 | Equipment Lease Agreement | 9/18/2020 | 9/15/2025 | 284 | 202065 | 7 Star Trucking LLC | Attn: Sukhjot Singh | 2681 Loonn Lane | | Okemos | ML | 48864 |
| 2.004 | Equipment Lease Agreement | 11/4/2020 | 11/4/2025 | 334 | 202077 | A & K Truckline Inc | | 385 Richey Cir | Suite 211 | Corona | CA | 92879 |
| 2.005 | Equipment Lease Agreement | 12/29/2020 | 12/30/2024 | 25 | 202102 | Abdullahi Mohamed Ali | | Address on File | | | | 79104 |
| 2.006 | Equipment Lease Agreement | 5/5/2021 | 5/15/2025 | 161 | 202230 | Amandeep Singh & Balwinder Singh | | Address on File | | | | 93711 |
| 2.007 | Equipment Lease Agreement | 5/5/2021 | 5/15/2025 | 161 | 202233 | Amritpal Singh | | Address on File | | | | 91739 |
| 2.008 | Equipment Lease Agreement | 4/27/2021 | 5/7/2025 | 153 | 202219 | Anil No Name Given | | Address on File | | | | 93722 |
| 2.009 | Equipment Lease Agreement | 4/9/2021 | 4/19/2025 | 135 | 202187 | Arshdeep Singh | | Address on File | | | | 11419 |
| 2.010 | Equipment Lease Agreement | 3/3/2021 | 3/10/2025 | 95 | 202139 | Baaz Maan Transportation Inc | Attn: Gurshabaj Singh | 18215 Foothill Blvd | Apt 79 | Fontana | CA | 92335 |
| 2.011 | Equipment Lease Agreement | 3/3/2021 | 3/10/2025 | 95 | 202143 | Bal Trucking Inc | Attn: Sukhchain Singh | 1601 Barton Rd | Apt 3315 | Redlands | CA | 92373 |
| 2.012 | Equipment Lease Agreement | 2/3/2023 | 2/2/2025 | 59 | 10278 | Baldev Transport Inc | | 2185 W College Ave | Apt 3070 | San Bernardino | CA | 92407 |
| 2.013 | Equipment Lease Agreement | 4/30/2021 | 5/10/2025 | 156 | 202226 | Baljit Enterprises Inc | | 5568 Sorianoway | | Fontana | CA | 92336 |
| 2.014 | Equipment Lease Agreement | 3/31/2021 | 4/10/2025 | 126 | 202172 | Baljit Singh | | Address on File | | | | 11420 |
| 2.015 | Equipment Lease Agreement | 8/8/2023 | 9/1/2027 | 1,000 | | Bhalli Transportation LLC | | 3700 W 3rd St | | Los Angeles | CA | 90020 |
| 2.016 | Equipment Lease Agreement | 3/29/2021 | 4/10/2025 | 126 | 202137 | Bhinder Cargo Inc. | Attn: Ranjod Singh | 4739 Ridge Point Way | | Riverside | CA | 92509 |
| 2.017 | Equipment Lease Agreement | 4/16/2021 | 4/26/2025 | 142 | 202204 | Bodla Transport Inc | | Address on File | | | | 93722 |
| 2.018 | Equipment Lease Agreement | 4/25/2023 | 4/24/2026 | 505 | 5733 | Broad Range Cargo LLC | | Address on File | | | | 43026 |
| 2.019 | Equipment Lease Agreement | 1/4/2021 | 1/4/2025 | 30 | 202105 | BSNG Transport Inc. | | Address on File | | | | 91343 |
| 2.020 | Equipment Lease Agreement | 3/2/2021 | 3/10/2025 | 95 | 202136 | Cali Brother Inc | | Address on File | | | | 90706 |
| 2.021 | Equipment Lease Agreement | 3/10/2021 | 3/19/2025 | 104 | 202138 | Captain Transportation Inc | | Address on File | | | | 91739 |
| 2.022 | Equipment Lease Agreement | 4/21/2021 | 4/30/2025 | 146 | 202212 | CD Power Inc | | Address on File | | | | 92880 |
| 2.023 | Equipment Lease Agreement | 10/1/2020 | 10/1/2025 | 300 | 202067 | D and B Truck Cargo Inc | | Address on File | | | | 92376 |
| 2.024 | Equipment Lease Agreement | 4/13/2021 | 4/23/2025 | 139 | 202194 | Daljit Singh | | Address on File | | | | 93313 |
| 2.025 | Equipment Lease Agreement | 3/1/2021 | 3/10/2026 | 460 | | Dhillion Carriers Inc | Attn: Gursimrajit Singh | 25688 Pacato Rd | | Moreno Valley | CA | 92551 |
| 2.026 | Equipment Lease Agreement | 4/26/2021 | 4/5/2025 | 121 | 202213 | Dhillon Carriers Inc. | | 25688 Pacato Rd | | Moreno Valley | CA | 92551 |
| 2.027 | Equipment Lease Agreement | 1/25/2021 | 1/25/2025 | 51 | 202116 | Faith Ryders LLC | | 311 W Sylvania Ave | 267 A | Neptune City | NJ | 07753 |
| 2.028 | Equipment Lease Agreement | 3/10/2021 | 3/10/2025 | 95 | | Faith Ryders LLC | Attn: Satvinder Singh | 311 W Sylvania | #267 | Neptune City | NJ | 07753 |
| 2.029 | Equipment Lease Agreement | 4/5/2021 | 4/15/2025 | 131 | 202176 | FNU Kunal Krishan & FNU Kuldip Krishan | | 148 Armstrong Way | Apt D | Upland | CA | 91786 |
| 2.030 | Equipment Lease Agreement | 4/8/2021 | 4/20/2025 | 136 | 202186 | Ford Express Inc | | 14250 Village Dr | Apt 510 | Fontana | CA | 92337 |
| 2.031 | Equipment Lease Agreement | 9/19/2020 | 9/19/2025 | 288 | 202057 | Freeway Life Carriers LLC | Attn: Amandeep Singh, Paramjit Singh | 6623 Rumba Ct | | Las Vegas | NV | 89139 |
| 2.032 | Equipment Lease Agreement | 2/6/2023 | 2/5/2025 | 62 | 10280 | Ghuman Xpress Inc | | 1401 Lakewood Ave | Apt 102 | Modesto | CA | 95355 |
| 2.033 | Equipment Lease Agreement | 8/23/2023 | 8/22/2025 | 260 | | Gilco Global Inc | | 2604 Flint Way | Apt 2 | San bernadino | CA | 92408 |
| 2.034 | Equipment Lease Agreement | 4/19/2021 | 4/29/2025 | 145 | 202208 | Global Cargo | | 1217 Honeysuckle Ave | | Ventura | CA | 93004 |
| 2.035 | Equipment Lease Agreement | 4/12/2021 | 4/20/2025 | 136 | 202193 | Global Cargo | | 1217 Honeysuckle Ave | | Ventura | CA | 93004 |
| 2.036 | Equipment Lease Agreement | 3/24/2021 | 4/1/2025 | 117 | 202164 | Gopi Lubana Inc | | 11100 E 4th St 3 C205 | | Rancho Cucamonga | CA | 91730 |
| 2.037 | Equipment Lease Agreement | 4/15/2021 | 4/25/2025 | 141 | 202201 | Gourav Kumar | | Address on File | | | | 92509 |
| 2.038 | Equipment Lease Agreement | 1/31/2023 | 1/31/2025 | 57 | Payoff-6023 | GSV Freightway Inc | Attn: Gulab Singh | 6843 W Beechwood Ave | | Fresno | CA | 93722 |
| 2.039 | Equipment Lease Agreement | 2/26/2021 | 3/10/2025 | 95 | | Gurbhej Singh | | Address on File | | | | 91739 |
| 2.040 | Equipment Lease Agreement | 3/10/2021 | 3/13/2025 | 98 | 202149 | Guri Transport Inc | | 14520 Village Dr, Apt 408 | | Fontana | CA | 92337 |
| 2.041 | Equipment Lease Agreement | 12/11/2020 | 12/11/2024 | 6 | 202097 | Gurm Transport Inc. | | 3674 N Burl Ave | | Fresno | CA | 93727 |
| 2.042 | Equipment Lease Agreement | 4/16/2021 | 4/26/2026 | 507 | 202206 | Gurpreet Singh | | Address on File | | | | 92509 |
| 2.043 | Equipment Lease Agreement | 3/4/2021 | 3/10/2025 | 95 | 202146 | HSBH Inc | | 37 Modesto | | Irvine | CA | 92602 |
| 2.044 | Equipment Lease Agreement | 3/19/2021 | 3/20/2025 | 105 | 202157 | Insta Cargo Line Inc | Attn: Balwant Singh | 8600 Citrus Ave, Apt 164 | | Fontana | CA | 92335 |
| 2.045 | Equipment Lease Agreement | 3/18/2021 | 3/25/2025 | 110 | 202156 | J Bal Truckline Inc | | 29394 Taylor Ave | | Hayward | CA | 94544 |
| 2.046 | Equipment Lease Agreement | 4/28/2021 | 5/8/2025 | 154 | 202223 | Jaidev Singh | | Address on File | | | | 95834 |
| 2.047 | Equipment Lease Agreement | 2/17/2021 | 3/1/2025 | 86 | | Jaipal Choudmary | | Address on File | | | | 92337 |
| 2.048 | Equipment Lease Agreement | 10/13/2023 | 10/13/2027 | 1,042 | 10881 | Jeewan Subedi | | Address on File | | | | 15129 |
| 2.049 | Equipment Lease Agreement | 3/16/2023 | 3/15/2026 | 465 | 10333 | Khurram Shahzad | | Address on File | | | | 92557 |
| 2.050 | Equipment Lease Agreement | 5/7/2021 | 5/17/2025 | 163 | 202239 | Kumar Gaurav | | Address on File | | | | 93722 |
| 2.051 | Equipment Lease Agreement | 2/2/2021 | 2/20/2025 | 77 | | Lokdal Transport Inc | | 2264 N Marks Ave | Apt 150 | Fresno | CA | 93722 |
| 2.052 | Equipment Lease Agreement | 5/5/2021 | 5/15/2025 | 161 | 202231 | Mahavir Singh | | Address on File | | | | 93722 |
| 2.053 | Equipment Lease Agreement | 5/5/2021 | 5/15/2025 | 161 | 202232 | Malik Trucking Inc | | 5113 Andrea Blvd | Apt 98 | Sacramento | CA | 95842 |
| *2.054* | *Real Property Lease - 7415 New River Road* | *9/30/2023* | *10/1/2026* | *1,097* | | *MG Truck Parking* | | *7415 New River Road* | | *Glendale* | *AZ* | *85307* |
| 2.055 | Equipment Lease Agreement | 4/13/2021 | 4/23/2025 | 139 | 202196 | Million H Transportation Inc | | 3579 Ahern Dr | | Baldwin Park | CA | 91706 |
| 2.056 | Equipment Lease Agreement | 4/9/2021 | 4/19/2025 | 135 | 202190 | Munish Kumar-Sandeep Singh | | Address on File | | | | 95337 |
| 2.057 | Equipment Lease Agreement | 4/27/2021 | 5/7/2025 | 153 | 202220 | Narender Kumar | | Address on File | | | | 93722 |
| 2.058 | Equipment Lease Agreement | 9/5/2022 | 9/5/2026 | 639 | | Nas Transportation LLC | | 7635 148th skw | | Apple Valley | MN | 55124 |
| 2.059 | Equipment Lease Agreement | 4/7/2021 | 4/17/2025 | 133 | 202182 | New Holland Freighlines LLC | Attn: Gurinder Singh | 69 Garden Dr | | Atwater | CA | 95301 |
| 2.060 | Equipment Lease Agreement | 4/7/2021 | 4/17/2025 | 133 | 202184 | Nirvair Transport Inc | | 2530 Herndon Ave | Apt 104 | Clovis | CA | 93611 |
| 2.061 | Equipment Lease Agreement | 4/19/2021 | 4/29/2025 | 145 | 202209 | Northeast Wolf LLC | | 4480 Opal Dr | | Hoffman Estates | IL | 60192 |
| 2.062 | Equipment Lease Agreement | 3/4/2021 | 3/1/2025 | 86 | 202209 | Northstar Carriers Inc | | 4784 Preserve St. | | Coconut Creek | FL | 33073 |
| 2.063 | Equipment Lease Agreement | 3/21/2023 | 3/20/2025 | 105 | 10338 | One Empire Trans Inc | | 1613 N Terracina Dr | | Dublin | CA | 94568 |
| 2.064 | Equipment Lease Agreement | 4/28/2021 | 5/8/2025 | 154 | 202222 | Palwinder Singh | | Address on File | | | | 95834 |
| 2.065 | Equipment Lease Agreement | 4/8/2021 | 4/18/2025 | 134 | 202152 | Pardeep Kumar | | Address on File | | | | 92509 |
| 2.066 | Equipment Lease Agreement | 3/3/2021 | 3/10/2025 | 95 | 202141 | Pawan Kumar | | Address on File | | | | 92376 |

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Effective Date | Termination Date | Remainder of Term (Days) | Contract ID | Notice Party's Name | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.067 | Equipment Lease Agreement | 9/19/2023 | 9/19/2027 | 1,018 | | Proline Cargo Inc | | 15572 Parry Peaks Dr | | Fontana | CA | 92336 |
| 2.068 | Equipment Lease Agreement | 3/18/2021 | 3/25/2025 | 110 | 202155 | Queenland Transport Inc | | 3308 N Gregory Ave | | Fresno | CA | 93722 |
| 2.069 | Equipment Lease Agreement | 3/18/2021 | 3/25/2025 | 110 | 202155 | Queenland Transport, Inc | | 3308 N Gregory Ave | | Fresno | CA | 93722 |
| 2.070 | Equipment Lease Agreement | 7/6/2023 | 7/5/2025 | 212 | 10702 | Ram Ram Inc | | 6865 Hopclover Road | | Eastvale | CA | 92880 |
| 2.071 | Equipment Lease Agreement | 3/5/2021 | 3/10/2025 | 95 | | Ranjit Singh | | Address on File | | | | 11419 |
| 2.072 | Equipment Lease Agreement | 3/1/2021 | 3/10/2025 | 95 | 202132 | Sagwal Trans Inc | | 2555 E Date Palm Paseo, Apt 1052 | | Ontario | CA | 91764 |
| 2.073 | Equipment Lease Agreement | 3/1/2021 | 3/1/2025 | 86 | | Sahil | | 3390 Country Village Rd | | Riverside | CA | 92509 |
| 2.074 | Equipment Lease Agreement | 11/24/2024 | 11/24/2026 | 719 | 7754 | Samra Bros Freight Inc | | 1000 Pacheco Rd | | Bakersfield | CA | 93307 |
| 2.075 | Equipment Lease Agreement | 5/6/2021 | 5/16/2025 | 162 | 202174 | Samsher Randhawa | | Address on File | | | | 93727 |
| 2.076 | Equipment Lease Agreement | 9/11/2022 | 10/1/2025 | 300 | 7179 | Sandeep Kumar | | Address on File | | | | 92337 |
| 2.077 | Equipment Lease Agreement | 3/15/2021 | 3/20/2025 | 105 | 202134 | Sanjeev Kumar | | Address on File | | | | 11426 |
| 2.078 | Equipment Lease Agreement | 4/16/2021 | 4/26/2025 | 142 | 202203 | Sant Ram Trucking Inc | | 15414 Black Shadow Dr | | Moreno Valley | CA | 92551 |
| 2.079 | Equipment Lease Agreement | 4/16/2021 | 4/26/2025 | 142 | 202203 | Sant Ram Trucking Inc. | | 15414 Black Shadow Dr | | Moreno Valley | CA | 92551 |
| 2.080 | Equipment Lease Agreement | 3/25/2021 | 4/1/2025 | 117 | 202167 | Sarpanch Freightway Inc | | 4400 Shandwick Dr | Apt 176 | Antelope | CA | 92337 |
| 2.081 | Equipment Lease Agreement | 5/7/2021 | 5/17/2025 | 163 | 202238 | Sehgal Transport Inc | | 12809 Frederick St | Apt 206 | Moreno Valley | CA | 92553 |
| 2.082 | Equipment Lease Agreement | 6/27/2023 | 6/26/2025 | 203 | 6605 | Seven Star Express Inc | Attn: Hardeep Singh | 7950 Etiwanda Ave | Apt 10208 | Rancho Cucamonga | CA | 91739 |
| 2.083 | Equipment Lease Agreement | 2/20/2021 | 2/20/2025 | 77 | 202120 | Shera Express Inc | | 2264 N Marks Ave, Apt 150 | | Fresno | CA | 93722 |
| 2.084 | Equipment Lease Agreement | 4/15/2021 | 4/26/2025 | 142 | 202200 | Shera Express Inc | | 2264 N Marks Ave | Apt 150 | Fresno | CA | 93722 |
| 2.085 | Equipment Lease Agreement | 12/12/2022 | 12/12/2024 | 7 | 10232 | Shir Mohammad Khawary | | Address on File | | | | 92021 |
| 2.086 | Equipment Lease Agreement | 4/9/2021 | 4/19/2025 | 135 | 202189 | Shiv Transport Inc | | 5625 West Weathermaker Ave | | Fresno | CA | 93722 |
| 2.087 | Equipment Lease Agreement | 8/25/2023 | 8/25/2027 | 993 | | Singra Transport Inc | | 2591 Duke ave | | Fresno | CA | 93727 |
| 2.088 | Equipment Lease Agreement | 9/5/2023 | 9/5/2027 | 1,004 | | Singra Transport Inc | | 2591 Duke Ave | | Fresno | CA | 93727 |
| 2.089 | Equipment Lease Agreement | 5/7/2021 | 5/17/2025 | 163 | 202237 | Spark Logistics | | 968 N Unruh Ave | | La Puente | CA | 91744 |
| 2.090 | Equipment Lease Agreement | 4/7/2021 | 4/17/2025 | 133 | 202183 | Sunil Suresh Kumar | | Address on File | | | | 11420 |
| 2.091 | Equipment Lease Agreement | 2/19/2021 | 3/1/2025 | 86 | | Suninder Singh | | Address on File | | | | 93313 |
| 2.092 | Equipment Lease Agreement | 5/6/2021 | 5/16/2025 | 162 | 202235 | Superflame Inc | | 16013 OS Prey Ave | | Chino | CA | 91708 |
| 2.093 | Equipment Lease Agreement | 5/17/2023 | 5/16/2025 | 162 | 6566 | Trident Logistics Inc | Attn: Chirag Jain | 4345 E Lowell St | | Ontario | CA | 91761 |
| 2.094 | Equipment Lease Agreement | 12/30/2022 | 12/30/2024 | 25 | 10247 | Trovato Medical Group, Inc | Attn: Parmjit Singh | 5763 Stevenson Blvd | | Newark | CA | 94560 |
| 2.095 | Equipment Lease Agreement | 5/5/2021 | 5/15/2025 | 161 | 202234 | Udasin Transport Inc | | 8349 Etiwanda Ave | Apt D | Rancho Cucamonga | CA | 91739 |
| 2.096 | Equipment Lease Agreement | 5/10/2021 | 5/20/2025 | 166 | 202242 | Vinod Kumar | | Address on File | | | | 94578 |
| 2.097 | Equipment Lease Agreement | 5/10/2021 | 5/20/2025 | 166 | 202242 | Vinod Kumar | | Address on File | | | | 94578 |
| 2.098 | Equipment Lease Agreement | 4/6/2021 | 4/16/2025 | 132 | 202177 | Virat Trans Inc, | | 14520 Village Dr | Apt 1910 | Fontana | CA | 92337 |
| 2.099 | Equipment Lease Agreement | 6/6/2022 | 12/6/2025 | 366 | | VZ Transportation Inc | Attn: Swaran Kaur | 8408 Pecan Ave | | Rancho Cucamonga | CA | 91739 |
| 2.100 | Equipment Lease Agreement | 3/25/2021 | 4/1/2025 | 117 | 202166 | WMK 13 Transport Inc | | 2302 Auseon Ave | | Oakland | CA | 94605 |
| 2.101 | Equipment Lease Agreement | 4/15/2021 | 4/26/2025 | 142 | 202202 | Zero Gravity Transportation Inc | | 532 Sefton Ave | Apt A | Monterey Park | CA | 91755 |
| 2.102 | Equipment Lease Agreement | 3/31/2021 | 4/10/2025 | 126 | 202168 | Zood Transport Inc | | 3390 Country Village Road | Apt 5310 | Jurupa Valley | CA | 92509 |
| 2.103 | Equipment Lease Agreement | 5/12/2021 | 5/22/2025 | 168 | 202244 | Zood Transport Inc | | 3390 Country Village Road | Apt 5310 | Jurupa Valley | CA | 92509 |

**Fill in this information to identify the case:**

**Debtor name: Kal Trailers & Leasing Inc.**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 24-90617**

☑ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Kal Freight Inc. | Kal Freight Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92355 | Banc of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Kal Freight Inc. | Kal Freight Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92355 | BMO | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Kal Freight Inc. | Kal Freight Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92355 | PACCAR | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Kal Freight Inc. | Kal Freight Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92355 | TBK Bank, SSB | ☑ D<br>☐ E/F<br>☐ G |

| | | | |
|---|---|---|---|
| 2.5 Kal Freight Inc. | Kal Freight Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92355 | Banc of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Kal Partz Inc. | Kal Partz Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | BMO | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 Kal Partz Inc. | Kal Partz Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | PACCAR | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Kalvinder Singh | Kalvinder Singh<br>10156 Live Oak Ave<br>Fontana, CA 92335 | BMO | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 Kalvinder Singh | Kalvinder Singh<br>10156 Live Oak Ave<br>Fontana, CA 92335 | PACCAR | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 Kalway Inc | Kalway Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | Banc of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 Kalway Inc | Kalway Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | PACCAR | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 KVL Tires Inc. | KVL Tires Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | Banc of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 KVL Tires Inc. | KVL Tires Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | BMO | ☑ D<br>☐ E/F<br>☐ G |

| | | | |
|---|---|---|---|
| 2.14<br>KVL Tires Inc. | KVL Tires Inc.<br>10156 Live Oak Ave<br>Fontana, CA 92335 | PACCAR | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Kal Trailers & Leasing Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **24-90617**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **A/B, D, E/F, G and H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2025**

*X* **/s/ Bradley D. Sharp**
Signature of individual signing on behalf of debtor

**Bradley D. Sharp**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor